UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRO VELASQUEZ MENDOZA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICKEY ALVIS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. C22-924-TL-SKV<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE STATUS UPDATE AND CURRENT ADDRESS |

　　　　This is a civil rights action proceeding under 42 U.S.C. § 1983.  Plaintiff filed this action on July 1, 2022, while he was confined at the Washington State Penitentiary ("WSP") in Walla Walla, Washington.  *See* Dkt. 1.  On May 11, 2023, the Court received notification that Plaintiff had been transferred to the Monroe Correctional Complex ("MCC") when mail directed to him at WSP by Defendants was returned as undeliverable.  *See* Dkt. 30.  Plaintiff at no time advised the Court of this change of address as required by Local Civil Rule ("LCR") 10(f).  On July 6, 2023, Plaintiff submitted a notice of change of address in which he advised that he was then being housed at the Washington Corrections Center ("WCC").  *See* Dkt. 34.  Plaintiff's last contact with the Court was on July 31, 2023, at which time he was still confined at WCC.  *See* Dkts. 40-41.

ORDER DIRECTING PLAINTIFF
TO PROVIDE STATUS UPDATE
AND CURRENT ADDRESS - 1

On September 18, 2023, the Court received notification that Plaintiff was no longer in prison and had been released to community custody, when mail directed to him at WCC by Defendants was returned as undeliverable. *See* Dkt. 45. The following day, Defendants' counsel apprised the Court that he contacted Plaintiff's community corrections officer ("CCO") after receiving the notifications regarding Plaintiff's release and was advised that Plaintiff, having failed to satisfy the conditions of his release, was classified as "absconded" effective September 12, 2023, and a Washington Department of Corrections ("DOC") Secretary's warrant had been issued for his arrest. Dkt. 47, ¶ 5.

On December 21, 2023, Defendants filed a motion for summary judgment which was noted for consideration on January 19, 2024. *See* Dkts. 49-51. In a declaration submitted in support of Defendants' motion, Defendants' counsel advised that as of December 20, 2023, Plaintiff remained subject to the DOC Secretary's warrant. Dkt. 50, ¶ 6. Counsel further advised that he was in possession of a letter from Plaintiff dated September 13, 2023, and addressed to Defendants' former counsel of record, that provided an address in Vancouver, Washington. *See id*. Counsel represented to the Court that he mailed copies of Defendants' summary judgment motion and supporting documents to Plaintiff at the address provided in the letter. *Id*.

Plaintiff has at not filed a change of address notice since his release from custody, nor has he filed any response to Defendants' summary judgment motion. It is unclear at this juncture whether Plaintiff ever received Defendants' motion papers or, indeed, whether he even wishes to pursue this action at this juncture. The Court is reluctant to proceed to disposition of Defendants' summary judgment motion without providing Plaintiff an opportunity to clarify the record.

Accordingly, the Court hereby ORDERS as follows:

(1)     Plaintiff shall provide a status update, not later than **March 18, 2024,** informing the Court whether he wishes to proceed with this action and confirming his current address. Plaintiff shall, by the same date, file a response to the pending motion for summary judgment if he intends to pursue this action.  Plaintiff is advised that if he fails to respond to this Order in a timely fashion, the Court will recommend that this action be dismissed for failure to prosecute.

(2)     Defendants' motion for summary judgment (Dkt. 49) is RE-NOTED for consideration on **March 22, 2024**.

(3)     The Clerk is directed to send copies of this Order to Plaintiff at his address of record and at the address provided by Defendants in the certificate of service attached to their summary judgment motion (*see* Dkt. 49 at 8).  The Clerk is further directed to second copies of this Order to counsel for Defendants and to the Honorable Tana Lin.

DATED this 23rd day of February, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF
TO PROVIDE STATUS UPDATE
AND CURRENT ADDRESS - 3