UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRO VELASQUEZ MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>MICKEY C. ALVIS, *et al.*,<br><br>Defendants. | Case No. C22-924-TL<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's amended complaint (Dkt. 8) and this action are DISMISSED without prejudice for failure to prosecute.

(3) Defendants' motion for summary judgment (Dkt. 49) is STRICKEN as moot.

//

//

//

//

ORDER DISMISSING ACTION - 1

(4)     The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Vaughan.

DATED this 26th day of March, 2024.

TANA LIN
United States District Judge

ORDER DISMISSING ACTION - 2